UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 02-14016-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NEVA MARIA MCLELLAND,

    Defendant.
_____/

```
FILED by _____ D.C.

   JUL - 9 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.
```

## REPORT AND RECOMMENDATION

THIS CAUSE is before the Court for a final probable cause hearing on a petition for violation of supervised release. The Defendant, NEVA MARIA MCLELLAND, appeared before the Court on July 5, 2012, represented by AFPD Peter Birch. The Defendant is charged with: possessing or using methamphetamine as evidenced by being found on October 16, 2011 in possession of 2 hypodermic needles with methamphetamine on them; for the offense of possession of a controlled substance without a prescription on October 16, 2011; and for the offense of possession of drug equipment on October 16, 2011.

The Court finds that the Defendant knowingly, intelligently, and voluntarily admits to violating supervised release and would like to proceed to sentencing. The Court also finds that the Defendant knowingly, intelligently, and voluntarily waives the right to a final probable cause hearing.

The Court **RECOMMENDS** that the District Court accept the Defendant's admission and find the Defendant guilty.

A party shall serve and file written objections, if any, to this Report and Recommendation

within fourteen (14) days with the Honorable United States District Court Judge K. Michael Moore. *See* 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. *See United States v. Warren*, 687 F.2d 347, 348 (11th Cir.1982), *cert. denied*, 460 U.S. 1087 (1983).

**DONE and SUBMITTED** in Chambers at West Palm Beach in the Southern District of Florida, this 9 day of July, 2012.

*James M. Hopkins*

JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

Copies to:
Honorable K. Michael Moore, United States District Judge
Counsel of record
U.S. Marshal
U.S. Probation
Clerk of Court